# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey D. Slocum, <br>    Plaintiff <br> v. <br> Brian Williams, Sr. et al., <br>    Defendants | 2:16-cv-02169-JAD-CWH <br><br> **Order Denying Summary Judgment** <br><br> [ECF No. 9] |

    I **DENY** the motion for summary judgment **[ECF No. 9]** without prejudice as procedurally premature. None of the defendants have been served in this case. I will issue a separate service order.

    DATED: October 10, 2017.

                                                                                _____ <br>
                                                                                Jennifer A. Dorsey <br>
                                                                                United States District Judge